No. 11–0497/MC. U.S. v. Desmond J. Horton. CCA 201000481. Review granted on the following issue:

> WHETHER THE ERRONEOUS ADMISSION OF THE DRUG TESTING REPORT WAS HARMLESS BEYOND A REASONABLE DOUBT.

Briefs will be filed under Rule 25.

No. 12–0451/AF. U.S. v. Pablo P. Irizarry. CCA 37748. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED BY DENYING A DEFENSE MOTION TO SUPPRESS AN ITEM SEIZED BY APPELLANT'S FIRST SERGEANT DURING A WARRANTLESS ENTRY INTO APPELLANT'S OFF–BASE HOME.

Briefs will be filed under Rule 25.

No. 12–0496/NA. U.S. v. Dominic P. Altier. CCA 201000361. Review granted on the following issue:

> WHETHER APPELLANT'S SENTENCE VIOLATES ARTICLE 63, UCMJ, AND R.C.M. 810(d) BECAUSE IT IS IN EXCESS OF AND MORE SEVERE THAN HIS ORIGINAL APPROVED COURT–MARTIAL SENTENCE.

A stay in the execution of Appellant's sentence is ordered until the Court rules on the substantive merits of the case.

Briefs will be filed under Rule 25.

No. 12–0414/AR. U.S. v. David G. Spicer, Jr. CCA 20090608. On consideration of Appellant's motion for an enlargement of time in which to file a joint appendix, it is ordered that said motion is hereby granted, up to and including July 11, 2012.

No. 12–0484/NA. U.S. v. Rayvohn D. Wallace. CCA 201100300. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals and the record of trial, it is noted that the record reflects that the court–martial was called to order pursuant to the following orders: